IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA HEALTH PARTNERS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TELADOC HEALTH, INC., ) <br> ) <br> Defendant. ) | C.A. No. 23-160 (JCG) |

**STIPULATION AND [PROPOSED] ORDER
FOR STAY PENDING *INTER PARTES* REVIEW**

WHEREAS, Plaintiff Data Health Partners, Inc. ("Data Health") alleges that Defendant Teladoc Health, Inc. ("Teladoc") infringes U.S. Patent Nos. 10,061,812 ("the '812 Patent"), 11,144,554 ("the '554 Patent"), and 11,151,142 ("the '142 Patent") (collectively, "Asserted Patents");

WHEREAS, Teladoc filed three petitions for *inter partes* review ("IPR") (Nos. IPR2024-00618, IPR2024-00616; and IPR2024-00617) of the Asserted Patents;

WHEREAS, the Patent Trial and Appeal Board ("PTAB") instituted IPRs on the '554 and '142 Patents on September 16, 2024 and September 17, 2024;

WHEREAS, the PTAB's final written decisions concerning the validity of the challenged claims of the '554 and '142 Patents are anticipated around mid-September 2025;

WHEREAS, the PTAB denied institution on the '812 Patent;

WHEREAS, the parties have conferred and agree that a stay of this action in its entirety until the PTAB has issued a final written decision regarding the '554 and '142 Patents would promote judicial economy;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1.  The above-captioned matter is stayed until such time as the PTAB has issued a final written decision in each of IPR2024-00616 and IPR2024-00617 relating to the '554 and '142 Patents, respectively.

2.  Within 14 days of issuance of the later final written decision referenced in paragraph 2 above, the parties shall submit a joint status report with their respective proposals as to whether the stay should be continued through any appeals, and/or as to any other next steps in this Court.

| | |
|---|---|
| Dated: October 7, 2024 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Michael J. Farnan* | /s/ *Cameron P. Clark* |
| Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | Rodger D. Smith II (#3778)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@morrisnichols.com<br>cclark@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Teladoc Health, Inc.* |

SO ORDERED this ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE