IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DATA HEALTH PARTNERS, INC.**<br><br>    **Plaintiff,**<br><br>v.<br><br>**TELADOC HEALTH, INC.,**<br><br>    **Defendant.** | **Court No. 1:23-cv-00160-JCG** |

## ORDER

Upon consideration of the Stipulation and Proposed Order for Stay Pending Inter Partes Review (D.I. 38), and all other papers and proceedings in this action, it is hereby

**ORDERED** that the Stipulation and Proposed Order for Stay Pending Inter Partes Review (D.I. 38) is denied.

IT IS SO ORDERED this 24th day of October, 2024.

  /s/ Jennifer Choe-Groves  
Jennifer Choe-Groves  
U.S. District Court Judge[*]

---

[*]Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.